tiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Charles H. Paul, George Donworth,* and *Charles T. Donworth* for petitioner. *Solicitor General Jackson,* and *Messrs. Robert L. Stern, Charles Fahy, Richard B. Watts,* and *Laurence A. Knapp* for respondent.

No. 954. BRADSHAW *v.* EASTUS, U. S. ATTORNEY, ET AL. May 23, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. W. B. Harrell* and *L. E. Martlew* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key, William H. Boyd, M. Leo Looney, Jr.,* and *Earl C. Crouther* for respondents.

No. 963. UNITED STATES ET AL. *v.* SILVER LINE, LTD. ET AL. May 23, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Solicitor General Jackson* for petitioners. *Messrs. Ira S. Lillick* and *Joseph J. Geary* for respondents.

No. 964. EPPLEY HOTELS CO. *v.* LINCOLN ET AL. May 23, 1938. Petition for writ of certiorari to the Supreme Court of Nebraska denied. *Mr. William J. Hotz* for petitioner. *Mr. Frederick H. Wagener* for respondents.

No. 970. REMINGTON RAND, INC., *v.* NATIONAL LABOR RELATIONS BOARD. May 23, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. George H. Bond, George H.*

*Cohen,* and *Tracy H. Ferguson* for petitioner. *Solicitor General Jackson,* and *Messrs. Robert L. Stern, Charles Fahy, Richard B. Watts,* and *Laurence A. Knapp* for respondent.

No. 972. ARN ET AL. *v.* DUNNETT ET AL. May 23, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. T. P. Gore* and *Finis E. Riddle* for petitioners. *Mr. Wesley E. Disney* for respondents.

No. 974. CONSUMERS CONSTRUCTION Co. *v.* COMMISSIONER OF INTERNAL REVENUE. May 23, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Bernhard Knollenberg* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Ellis N. Slack* for respondent.

No. 978. AMERICAN NATIONAL BANK *v.* AMES ET AL. May 23, 1938. Petition for writ of certiorari to the Supreme Court of Appeals of Virginia denied. *Messrs. George P. Barse, Tazewell Taylor,* and *L. E. Birdzell* for petitioner. *Messrs. Wm. G. Maupin* and *James E. Heath* for respondents.

No. 988. ALAMO NATIONAL BANK *v.* COMMISSIONER OF INTERNAL REVENUE; and
No. 989. ALEXANDER *v.* SAME. May 23, 1938. Petition for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Robert Ash* for petitioners. *Solicitor General Jackson, Assistant Attorney*